**FILED**

February 27, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
Alicia Davis

DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| IN RE: COURT DOCKET MANAGEMENT | § § § § § § § § |
| FOR AUSTIN DIVISION | |

### MAGISTRATE REFERRAL ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, **IT IS HEREBY ORDERED** that the Clerk of the Court shall refer all civil matters assigned to the Honorable Alan D Albright to a United States Magistrate Judge for the Austin Division, allocated pursuant to the Clerk of the Court's standard procedure, except the following:

- Cases brought under 28 U.S.C. §§ 2241, 2254, and 2255;
- Cases brought by detainees and prisoners under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 430 U.S. 388 (1971);
- Cases brought under 35 U.S.C. § 1 et seq. (patent cases);
- Cases designated as "830 Patent" and "835 Patent (ANDA)"; and
- Cases that include *ex parte* applications for temporary restraining orders.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall refer all criminal matters for the Austin Division assigned to the Honorable Alan D Albright to a United States Magistrate Judge for the Austin Division, allocated pursuant to the Clerk of the Court's standard procedure. The matters are referred for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 27th day of February, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE