UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Shah, et al.**

**-vs-**          Case No.:   **1:25-cv-00383-ADA-SH**

**CrowdStreet, Inc., et al.**

**MOTION FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Claire Daly**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **CrowdStreet, Inc., Tore Steen, and Ian Formigle** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Goodwin Procter LLP**, with offices at

   Mailing address: **620 Eighth Avenue**

   City, State, Zip Code: **New York, NY 10018**

   Telephone: **(917) 229-7556**

   Facsimile: **(212) 355-3333**

   Email: **CDaly@goodwinlaw.com**

2. Since **2023**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York**. Applicant's bar license number is **6038368**.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **USDC Southern District of NY** | **12/05/2023** |
| **USDC Eastern District of NY** | **12/08/23** |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    Co-counsel: **Amy Hefley - Baker Botts, LLP**

    Mailing address: **910 Louisiana Street**

    City, State, Zip Code: **Houston, Texas 77002-4995**

    Telephone: **(713) 229-1270**

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Claire Daly** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Claire Daly**
[printed name of Applicant]

*Claire Daly*
[signature of Applicant]

CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **9th** day of **April**, **2025**.

**Claire Daly**
[printed name of Applicant]

*Claire Daly*
[signature of Applicant]