# Exhibit 4

© 2022 CrowdStreet, Inc. All Rights Reserved.

Terms of Use   Posting Policy   Privacy Policy

- CrowdStreet, Inc. ("CrowdStreet") offers investment opportunities and financial services on this website.
- Broker dealer services provided in connection with an investment are offered through CrowdStreet Capital LLC ("CrowdStreet Capital"), a broker dealer registered with FINRA and a member of SIPC. Information on all FINRA registered representatives can be found on FINRA's BrokerCheck.
- Advisory services are offered through CrowdStreet Advisors, LLC ("CrowdStreet Advisors"), a wholly-owned subsidiary of CrowdStreet and a federally registered investment adviser. CrowdStreet Advisors provides investment advisory services exclusively to privately managed accounts and private funds and does not otherwise provide investment advisory services to the CrowdStreet Marketplace or its users. For a copy of the CrowdStreet Advisors' Form CRS, click Form CRS. For a copy of CrowdStreet Advisors' ADV, click ADV.
- CrowdStreet and its affiliates do not endorse any of the opportunities that appear on this website. Investment opportunities available through CrowdStreet are speculative and involve substantial risk. You should not invest unless you can sustain the risk of loss of capital, including the risk of total loss of capital. All investors should consider their individual factors in consultation with a professional advisor of their choosing when deciding if an investment is appropriate. Private placements are illiquid investments, in that they cannot be easily sold or exchanged for cash, and are intended for investors who do not need a liquid investment.
- Performance information presented on this website has not been audited or verified by a third party. By accessing the CrowdStreet Marketplace, you agree to be bound by its Terms of Use, Privacy Policy, and any other policies posted on this website. The CrowdStreet Marketplace is only intended for accredited investors.
- For more information, see Legal Documents and Important Disclosures.