# Exhibit 6

## ✉ Updated Privacy Policy and Terms of Use.

**CrowdStreet <donotreply@crowdstreet.com>** 🏹

| | |
|---|---|
| **Date:** | Wed, 15 Jun 2022 13:39:04 PDT |
| **To:** | dolphhaege@gmail.com |

**AI Predictions:**   Neutral Sentiment    English

ℹ Matches in Full Header. **View**



Hi dolph,

As we've shared, we will be rolling out several changes this year as part of our continued growth as a company. We're writing today to let you know that in line with some of these changes, we have updated our Privacy Policy and Terms of Use accordingly.

As part of this change, all users are now opted-in by default to non-automated phone communication from CrowdStreet. You can change this at any time by visiting the settings in your **profile**.

You can view the full updated Privacy Policy **here** and the full updated Terms of Use **here**.

  

### Contact Us

CrowdStreet   98 San Jacinto Blvd  4th Floor,  Austin,  TX   78701

NOTICE: This electronic mail message and any attachment(s) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized reading, use, copying, disclosure, dissemination or distribution is prohibited. If you are not the intended recipient,

please contact the sender by telephone at the number listed in the email signature or by reply e-mail and destroy all copies of the original message and any attachment(s). E-mail transmission cannot be guaranteed to be secure, timely or error-free. CrowdStreet, therefore, recommends that you do not send confidential information to us via electronic mail, including account numbers, social security numbers or any personal identification numbers. This is not—and should not be construed as—an offer, or solicitation of an offer to buy or sell any security, investment, or other product. Any information regarding specific investment products is subject to change without notice. Any review, forwarding, dissemination or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. We cannot accept any orders or transactions or any similar instructions through email. Please exercise caution when transmitting information such as account numbers and investment holdings.

CrowdStreet, Inc. ("CrowdStreet") offers investment opportunities on its website (the "CrowdStreet Marketplace"). CrowdStreet offers broker dealer services through CrowdStreet Capital, LLC ("CrowdStreet Capital"), a broker dealer registered with FINRA and a member of SIPC. Advisory services are offered through CrowdStreet Advisors, LLC ("CrowdStreet Advisors"), a wholly-owned subsidiary of CrowdStreet and a federally registered investment adviser.

Investing in commercial real estate entails substantive risk. You should not invest unless you can sustain the risk of loss of capital, including the risk of total loss of capital. All investors should consider their individual factors in consultation with a professional advisor of their choosing when deciding if an investment is appropriate. An investment in a private placement is highly speculative and involves a high degree of risk, including the risk of loss of the entire investment. Private placements are illiquid investments and are intended for investors who do not need a liquid investment.