## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| VIPUL SHAH, DOLPH HAEGE, SAMEMMA HOLDINGS, LLC, and STEVEN WIONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CROWDSTREET, INC., TORE STEEN, and IAN FORMIGLE,<br><br>*Defendants*. | § § § § § § § § § § § § § § Civil Action No. 1:25-cv-383-ADA-SH |

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION, STAY THIS ACTION, AND STRIKE CLASS CLAIMS AND ALLEGATIONS

Before the Court is a motion to compel individual arbitration, stay this action, and strike class claims and allegations filed by defendants CrowdStreet, Inc., Tore Steen, and Ian Formigle. Having considered the motion, pleadings, applicable legal authorities, and the parties' arguments, the Court finds that the motion should be **GRANTED**.

Accordingly, the parties are hereby **ORDERED** to arbitrate, on an individual basis, all claims and defenses asserted in this action.

All proceedings before this Court in the above-referenced matter are hereby **STAYED** pending resolution of arbitration.

SIGNED this ____ day of _____, 2025.

_____
United States District Judge