# **EXHIBIT 1**



| | |
|---|---|
| **TO:** | Gabrielle L. Gould, Esq.<br>Sara Hanley, Esq. |
| **From:** | Cassandra Bartlett<br>Senior Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00076 |
| **Date:** | March 5, 2024 |

Please be advised that FINRA has served the Statement of Claim in this matter on the respondents as shown in the below table.

| Respondent Party Name | Service |
|---|---|
| CrowdStreet Capital, LLC | Mandatory |
| CrowdStreet, Inc. | Mandatory |

**Mandatory service** means that FINRA rules require the party to arbitrate this dispute. **Voluntary service** means that the party is not required to arbitrate this dispute in the FINRA arbitration forum. In the absence of the party's voluntary submission to arbitration, this case will proceed without that party's participation. The claimant(s) may pursue their remedies against that party in another forum which has jurisdiction over the party.

If you have any questions, please do not hesitate to contact me at 561-362-7901 or by email at Cassandra.Bartlett@finra.org.

CBA:aa4:LC39V
idr: 08/17/2021

RECIPIENTS:
Gabrielle L. Gould, Esq., Goodwin Procter LLP, The New York Times Building, 620 Eighth
    Avenue, New York, NY 10018
On Behalf Of: CrowdStreet Capital, LLC; CrowdStreet, Inc.

Sara Hanley, Esq., Stoltmann Law Offices, P.C., 200 Center Drive, Suite East C218, Hoffman
    Estates, IL 60192
On Behalf Of:

Investor protection. Market integrity.   FINRA Dispute Resolution Services   Boca Center Tower 1   t 561 416 0277
Southeast Regional Office   5200 Town Center Circle   www.finra.org
Suite 200
Boca Raton, FL
33486-1017



| | |
|---|---|
| **TO:** | Joshua Kons, Esq.<br>Legal Office<br>Stephanie Roth, CCO |
| **From:** | Allison Neumann<br>Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00077 |
| **Date:** | January 12, 2024 |

Please be advised that FINRA has served the Statement of Claim in this matter on the respondents as shown in the below table.

| Respondent Party Name | Service |
|---|---|
| Crowdstreet Capital Llc | Mandatory |
| CrowdStreet, Inc. | Mandatory |

**Mandatory service** means that FINRA rules require the party to arbitrate this dispute. **Voluntary service** means that the party is not required to arbitrate this dispute in the FINRA arbitration forum. In the absence of the party's voluntary submission to arbitration, this case will proceed without that party's participation. The claimant(s) may pursue their remedies against that party in another forum which has jurisdiction over the party.

If you have any questions, please do not hesitate to contact me at 561-447-2686 or by email at Allison.Neumann@finra.org.


AN5:rj2:LC39V
idr: 08/17/2021

RECIPIENTS:
Joshua Kons, Esq., 92 Hopmeadow Street, Suite 205, Weatogue, CT 06089
On Behalf Of:

Legal Office, CrowdStreet, Inc., 98 San Jacinto Blvd, Suite 400, Austin, TX 78701
On Behalf Of: CrowdStreet, Inc.

Investor protection. Market integrity.   FINRA Dispute Resolution Services   Boca Center Tower 1   t 561 416 0277
Southeast Regional Office   5200 Town Center Circle   www.finra.org
Suite 200
Boca Raton, FL
33486-1017



| | |
|---|---|
| **TO:** | Legal Office |
| **From:** | Asia Moolenaar<br>Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00079 |
| **Date:** | January 12, 2024 |

Please be advised that FINRA has served the Statement of Claim in this matter on the respondents as shown in the below table.

| Respondent Party Name | Service |
|---|---|
| Crowdstreet Capital Llc | Mandatory |
| CrowdStreet, Inc. | Mandatory |

**Mandatory service** means that FINRA rules require the party to arbitrate this dispute. **Voluntary service** means that the party is not required to arbitrate this dispute in the FINRA arbitration forum. In the absence of the party's voluntary submission to arbitration, this case will proceed without that party's participation. The claimant(s) may pursue their remedies against that party in another forum which has jurisdiction over the party.

If you have any questions, please do not hesitate to contact me at (561) 443-8145 or by email at Asia.Moolenaar@finra.org.


AM0:rj2:LC39V
idr: 08/17/2021

RECIPIENTS:
Legal Office, CrowdStreet, Inc., 98 San Jacinto Blvd., #400, Austin, TX 78701
On Behalf Of: CrowdStreet, Inc.

Investor protection. Market integrity.    FINRA Dispute Resolution Services    Boca Center Tower 1    t 561 416 0277
Southeast Regional Office    5200 Town Center Circle    www.finra.org
Suite 200
Boca Raton, FL
33486-1017



| | |
|---|---|
| **TO:** | Joshua Kons, Kons |
| **CC:** | Company President<br>Stephanie Roth, CCO |
| **From:** | Terresa Byrd<br>Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00092 |
| **Date:** | January 11, 2024 |

Please be advised that FINRA has served the Statement of Claim in this matter on the respondents as shown in the below table.

| Respondent Party Name | Service |
|---|---|
| Crowdstreet Capital LLC | Mandatory |
| CrowdStreet, Inc. | Mandatory |

**Mandatory service** means that FINRA rules require the party to arbitrate this dispute. **Voluntary service** means that the party is not required to arbitrate this dispute in the FINRA arbitration forum. In the absence of the party's voluntary submission to arbitration, this case will proceed without that party's participation. The claimant(s) may pursue their remedies against that party in another forum which has jurisdiction over the party.

If you have any questions, please do not hesitate to contact me at 312-899-4613 or by email at Terresa.Byrd@finra.org.


TB2:mto:LC39V
idr: 08/17/2021

RECIPIENTS:
Joshua Kons, Kons, Kons Law Firm, 92 Hopmeadow Street, Suite 205, Weatogue, CT 06089
On Behalf Of:

CC:
Company President, CrowdStreet, Inc, 98 San Jacinto Blvd, #400, Austin, TX 78701
On Behalf Of: CrowdStreet, Inc.

Investor protection. Market integrity.   FINRA Dispute Resolution Services   55 West Monroe Street   t 312 899 4440
Midwest Regional Office   Suite 2600   www.finra.org
Chicago, IL
60603-5104



| | |
|---|---|
| **TO:** | Joshua B. Kons, Esq.<br>Corporate Office<br>Stephanie Roth, CCO |
| **From:** | Khoi Dang-Vu<br>Senior Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00066 |
| **Date:** | January 11, 2024 |

Please be advised that FINRA has served the Statement of Claim in this matter on the respondents as shown in the below table.

| Respondent Party Name | Service |
|---|---|
| Crowdstreet Capital LLC | Mandatory |
| CrowdStreet, Inc. | Mandatory |

**Mandatory service** means that FINRA rules require the party to arbitrate this dispute. **Voluntary service** means that the party is not required to arbitrate this dispute in the FINRA arbitration forum. In the absence of the party's voluntary submission to arbitration, this case will proceed without that party's participation. The claimant(s) may pursue their remedies against that party in another forum which has jurisdiction over the party.

If you have any questions, please do not hesitate to contact me at 312-899-4428 or by email at Khoi.Dang-Vu@finra.org.

KV:mar:LC39V
idr: 08/17/2021

RECIPIENTS:
Joshua B. Kons, Esq., Law Offices of Joshua B. Kons, LLC, 92 Hopmeadow Street, Suite 205,
    Weatogue, CT 06089
On Behalf Of:

Corporate Office, CrowdStreet, Inc., 98 San Jacinto Blvd., #400, Austin, TX 78701
On Behalf Of: CrowdStreet, Inc.

Investor protection. Market integrity.   FINRA Dispute Resolution Services   55 West Monroe Street   t 312 899 4440
                                          Midwest Regional Office              Suite 2600              www.finra.org
                                                                                Chicago, IL
                                                                                60603-5104



| | |
|---|---|
| **TO:** | Joshua Kons, Kons<br>Corporate Office<br>Stephanie Roth, CCO |
| **From:** | Cody Neftin<br>Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 24-00090 |
| **Date:** | January 11, 2024 |

Please be advised that FINRA has served the Statement of Claim in this matter on the respondents as shown in the below table.

| Respondent Party Name | Service |
|---|---|
| CrowdStreet Capital LLC | Mandatory |
| CrowdStreet, Inc. | Mandatory |

**Mandatory service** means that FINRA rules require the party to arbitrate this dispute. **Voluntary service** means that the party is not required to arbitrate this dispute in the FINRA arbitration forum. In the absence of the party's voluntary submission to arbitration, this case will proceed without that party's participation. The claimant(s) may pursue their remedies against that party in another forum which has jurisdiction over the party.

If you have any questions, please do not hesitate to contact me at 213-229-2309 or by email at Cody.Neftin@finra.org.


CN:lg1:LC39V
idr: 08/17/2021

RECIPIENTS:
Joshua Kons, Kons, Kons Law Firm, 92 Hopmeadow Street, Suite 205, Weatogue, CT 06089
On Behalf Of:

Corporate Office, CrowdStreet, Inc., 98 San Jacinto Blvd, #400, Austin, TX 78701
On Behalf Of: CrowdStreet, Inc.

Investor protection. Market integrity.   FINRA Dispute Resolution Services   300 South Grand Avenue   t 213 613 2680
West Regional Office   Suite 1700   www.finra.org
Los Angeles, CA
90071-3135