# **EXHIBIT 3**

What is an Investing Account?

Investing Account Help

‹ Back to home

# What is an Investing Account?

Your investing account is a repository for information about your manner of investing -- for example, do you plan to invest as an **individual**, **jointly** with your spouse, through your **trust** or self-directed **IRA**, or on behalf of an **LLC**? Or perhaps even a number of these -- many investors use more than one investing account.

You must have at least one investing account set up as a **requirement to submit an offer** to invest in a deal on our platform. It can be set up at any time, but taking a few moments to do so before you are ready to submit an offer can save you precious time if the deal you want to invest in has a risk of **oversubscription**.

The information contained in your investing account is used by the sponsors on our platform to send you your **distributions** and **tax documents** at the appropriate times. Therefore, *it is extremely important that the information is complete and accurate*.

Your investing account may have multiple **members**, which is how our system determines which individual(s) to send the closing documents to for their signatures. All members with at least a beneficial interest of at least 20% should be included in the investing account, and if your investing account is governed by an operating agreement that specifies who must sign the documents, those individuals should be marked as **signatories**.

What is an Investing Account?

If you work with an **advisor** (e.g. financial, investment, or tax advisor) or an **attorney**, it is possible to designate those individuals as members of your investing account as well -- doing so will send an invitation to them to create a CrowdStreet account (if they do not already have one), where they will gain access to view your investment portfolio and download documents.

For a detailed tutorial on how to set up an investing account, please click here.

| | Marketplace ↗ | Ask a Question | Resource Center | Contact Us |

The articles on this page were