**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| VIPUL SHAH, DOLPH HAEGE, and SAMEMMA HOLDINGS, LLC, STEVE WIONS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CROWDSTREET, INC., TORE STEEN, and IAN FORMIGLE, <br> Defendants. | § § § § § § § § § § § § § § § <br> Civil Action No.: 1:25-cv-383-ADA-SH |

**JOINT STATUS REPORT**

Plaintiffs Vipul Shah, Dolph Haege, Samemma Holdings, LLC, and Steven Wions ("Plaintiffs"), and Defendants CrowdStreet, Inc., Tore Steen, and Ian Formigle (together, "Defendants") hereby submit the following Joint Status Report:

On August 8, 2025, the Honorable Alan D. Albright entered an Order Adopting the Report and Recommendation of the Magistrate Judge Susan Hightower (the "Order") and granting Defendants' Motion to Compel Arbitration. Judge Albright further Ordered that this proceeding be stayed pending the resolution of arbitration, and that the parties file a status report every 90 days from the date of the Order.

To date, each of the Plaintiffs Shah, Haege, and Wions have initiated arbitration proceedings with the AAA, and Defendants have filed their Statement of Answer in each of the three arbitration proceedings (the "Arbitrations"). The assigned arbitrators have held preliminary conferences in each of the Arbitrations and required the parties to submit briefing on threshold

issues.  Briefing is now complete in one of the Arbitrations, and expected to be complete in the other two arbitrations by the end of March 2026.

The parties will file an updated joint status report 90 days from today to further advise the Court of the progress of these Arbitrations.

Dated: February 9, 2026

Respectfully submitted,

/s/ Adam Shaw

BOIES SCHILLER FLEXNER, LLP
Adam R. Shaw, Bar No. 502142
30 South Pearl Street, 12th Floor
Albany, NY 12207
Tel.: (518) 434-0600
Fax: (518) 434-0665
ashaw@bsfllp.com

Marc Ayala (pro hac vice)
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Fax: (914) 749-8300
mayala@bsfllp.com

LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua Kons (pro hac vice)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Tel.: (860) 920-5181
joshuakons@konslaw.com

STOLTMANN LAW OFFICES, P.C.
Joseph Wojciechowski (pro hac vice)
Stoltmann Law Offices, P.C.
2000 Center Drive, Suite East C218
Hoffman Estates, IL 60192
Tel: (312) 332-4200
joe@stoltlaw.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Gabrielle L. Gould

GOODWIN PROCTER LLP
Gabrielle L. Gould
Elizabeth M. Zito
Claire Daly
New York Times Bldg,
620 8th Ave.
New York, NY 10018
(212) 813-8800 (tel.)
(212) 355-3333 (fax)
ggould@goodwinlaw.com
ezito@goodwinlaw.com
cdaly@goodwinlaw.com

-AND-

BAKER BOTTS, L.L.P.
Amy Pharr Hefley
State Bar No.: 24046046
910 Louisiana St.
Houston, TX 77002
(713) 229-1234 (tel.)
(713) 229-1522 (fax)

Daniel B. Rankin
State Bar No.: 24116940
401 S. 1st St., Suite 1300
Austin, TX 78704
(512) 322-2500 (tel.)
(512) 322-2501 (fax)
amy.hefley@bakerbotts.com
daniel.rankin@bakerbotts.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February 2026, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gabrielle L. Gould*
Gabrielle L. Gould