GOODWIN

Gabrielle L. Gould
+1 212 813 8855
ggould@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

goodwinlaw.com
+1 212 813 8800

September 1, 2026

**VIA ECF**

Magistrate Judge Susan Hightower
United States District Court
Western District of Texas
501 West Fifth Street
Austin, TX 78701

**Re: Shah, et al. v. CrowdStreet, Inc., et al., Civil Action No.: 1:25-cv-00383-ADA-SH**

Dear Magistrate Judge Hightower:

Attached per Your Honor's May 14, 2026 Order (Dkt. No. 43) are copies of the decisions issued in each of the separate arbitration proceedings brought by the original named plaintiffs in this action pursuant to the Court's August 11, 2025 Order (Dkt. No. 33).

We look forward to a productive status conference with Your Honor on September 23, 2026.

Respectfully submitted,

*/s/ Gabrielle L. Gould*
Gabrielle L. Gould

Attachments

cc: Counsel for Plaintiffs (via ECF)