# EXHIBIT 2

AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**AMERICAN ARBITRATION ASSOCIATION**
**Consumer Arbitration Rules**

Case Number: 01-25-0003-9926

Dalph Haege
-vs-
Crowdstreet, Inc., Tore Steen, and Ian Formigle

**ORDER ON CLAIMANT'S REQUEST FOR DECLARATORY RELIEF**

1. On or about August 20, 2025, Claimant filed his Notice of Arbitration and Statement of Claim in the instant matter;

2. On or about November 19, 2025, the undersigned arbitrator convened a preliminary hearing in this matter, granted Claimant leave to file a motion to determine which arbitration clause identified Judge Hightower's Report and Recommendation[1], dated July 11, 2025, shall govern this matter henceforth and set a briefing schedule regarding same, as contained in a signed scheduling order dated November 19, 2025;

3. The parties filed their briefing in accordance with said scheduling order in early 2026.

4. On March 27, 2026, the undersigned arbitrator convened an additional hearing in the matter and allowed the parties the opportunity to be heard in support of and in opposition to the motion referenced hereinabove;

5. After considering the pleadings, requests for relief, the exhibits attached thereto, the evidence and the arguments of counsel, the undersigned arbitrator declares the following:

    a. The services provided by Crowdstreet, Inc. to Claimant pursuant to the Terms of Use attached to Claimant's Motion for Declaratory Relief as Exhibit 3 are properly construed as website services, not brokerage services, as set forth in such Terms of Use.

    b. Because Crowdstreet, Inc. provided website services to Claimant and did not provide brokerage services to Claimant, the proper forum for any claims Claimant wishes to assert against Respondents is the AAA forum, not the FINRA forum, as set forth in such Terms of Use; and

    c. The undersigned arbitrator finds the reasoning set forth in Justice Patricia O. Alvarez's Order of February 9, 2026, titled "Order on Claimant's Request for Declaratory Relief" in AAA Case No. 01-25-0003-9929 to be persuasive and adopts same in its entirety, compelling the conclusions above.

6. Claimant's request for declaratory relief is therefore DENIED.

7. The undersigned arbitrator declines to address whether he has authority to transfer Claimant's claims

[1] Judge Hightower's Report and Recommendation was adopted by the Court in its entirety by Judge Alan Albright's 'Order Adopting Magistrate Judge's Report and Recommendation," signed on August 11, 2025 in Case No. A-25-CV-00383-ADA in the United States District Court for the Western District of Texas.

to FINRA and also declines to address if or how any matters should or shall proceed in Claimant's litigation before the United States District Court for the Western District of Texas in which Judge Hightower issued the Report and Recommendation hereinabove.

8. In the event Claimant wishes to proceed with his remaining claims for damages against the Respondents in this matter, he is ORDERED to file an amended statement of claim on or before April 24, 2026.

March 27, 2026 — Steven D. Urban

Date — Steven D. Urban, Arbitrator