# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Vipul Shah, Samemma Holdings, LLC, Steve Wions, and Dolph Haege,** ***individually and on behalf of all others similarly situated,*** ***Plaintiffs*** | § | |
| | § | |
| **v.** | § | **No. 1:25-CV-00383-ADA-SH** |
| | § | |
| **CrowdStreet, Inc., Tore Steen, and Ian Formigle,** ***Defendants*** | § | |

## ORDER

On this day, counsel for the parties appeared before this Magistrate Judge for a status conference on the issues raised in their Joint Status Report (Dkt. 42).[1]

The Court **ORDERS** Plaintiffs and Defendants to submit briefs no more than 15 pages in length addressing whether (1) the Court should lift the stay of this case and establish deadlines, as Plaintiffs request, or (2) proceedings should remain stayed pending resolution of FINRA Arbitration by Plaintiff Vipul Shah, as Defendants argue, by **October 15, 2026**. The parties may submit a response brief no more than 10 pages in length by **October 29, 2026**.

**SIGNED** on September 23, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Alan D Albright (ret.) referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules, and Judge Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3. By Order of the Honorable Alia Moses, Chief United States District Judge for the Western District of Texas, this Magistrate Judge may continue to preside over this case as permitted by law or court order pending its reassignment. Dkt. 46.