**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| VIPUL SHAH, SAMEMMA HOLDINGS, LLC, STEVE WIONS, and DOLPH HAEGE,<br><br>Plaintiffs,<br><br>v.<br><br>CROWDSTREET, INC., TORE STEEN, and IAN FORMIGLE,<br><br>Defendants. | No. 1:25-CV-00383-ADA-SH<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

**WHEREAS**, Plaintiffs filed a Complaint on March 14, 2025 against Defendants CrowdStreet, Inc., Tore Steen, and Ian Formigle ("Defendants");

**WHEREAS**, Plaintiff Dolph Haege now seeks to voluntarily dismiss his claims against Defendants; and

**WHEREAS**, Dolph Haege agrees he will not refile any action against Defendants with respect to any claims asserted in this litigation or any claims arising out of or related to the claims at issue in this litigation, whether in an individual capacity, as a class representative or member of a putative class, absent or otherwise.

**NOW THEREFORE,** the parties hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiff Dolph Haege voluntarily dismisses his claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii).

2. This dismissal is *with prejudice* with respect to Plaintiff Dolph Haege refiling any action against Defendants for the claims at issue in this litigation and any claims arising out of or related to the ones at issue in this litigation, whether in an individual capacity, as a class representative or member of any putative class, absent or otherwise.

3. Each party will bear its own costs, expenses, and attorneys' fees.

Dated: October 14, 2026

By: */s/ Adam R. Shaw*
**BOIES SCHILLER FLEXNER LLP**
Adam R. Shaw
30 South Pearl Street, 12th Floor
Albany, NY 12207
Ph: (518) 434-0600
Fax: (518) 434-0665
ashaw@bsfllp.com

Marc Ayala (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Ph: (914) 749-8200
Fax: (518) 749-8300
mayala@bsfllp.com

**LAW OFFICES OF JOSHUA B. KONS, LLC**
Joshua Kons (*pro hac vice*)
92 Hopmeadow Street, Suite 205
Weatogue, CT 06089
Ph: (860) 920-5181
joshuakons@konslaw.com

**STOLTMANN LAW OFFICES, P.C.**
Joseph Wojciechowski (*pro hac vice*)
Stoltmann Law Offices, P.C.
2000 Center Drive, Suite East C218
Hoffman Estates, IL 60192
Ph: (312) 332-4200
joe@stoltlaw.com

*Attorneys for Plaintiffs*

By: */s/ Amy Pharr Hefley*
**BAKER BOTTS L.L.P.**
Amy Pharr Hefley
State Bar No. 24046046
910 Louisiana St.
Houston, TX 77002
Ph: (713) 229-1234
amy.hefley@bakerbotts.com

Daniel B. Rankin (*pro hac vice*)
State Bar No. 24116940
401 S. 1st St., Suite 1300
Austin, TX 78704
Ph: (512) 322-2500
daniel.rankin@bakerbotts.com

**GOODWIN PROCTER LLP**
Gabrielle L. Gould (*pro hac vice*)
Elizabeth M. Zito (*pro hac vice*)
Claire Daly (*pro hac vice*)
New York Times Bldg.
620 8th Ave.
New York, NY 10018
Ph: (212) 813-8800
Fax: (212) 355-3333
ggould@goodwinlaw.com
ezito@goodwinlaw.com
cdaly@goodwinlaw.com

*Attorneys for Defendants*